1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   RYAN BRICKER (Bar # 269100)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  E-mail:  gsgilchrist@townsend.com
            glcincone@townsend.com
6           rbricker@townsend.com

7  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
8

9                     UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | LEVI STRAUSS & CO.,            | Case No. CV 10-02658 LB
13 |        Plaintiff,              |
   |                                | **STIPULATION AND [PROPOSED]**
14 |   v.                           | **ORDER FOR EXTENSION OF TIME TO**
   |                                | **RESPOND TO COMPLAINT**
15 | BRAND X, L.L.C.,               |
16 |        Defendant.              |

17

18      Plaintiff LEVI STRAUSS & CO. and defendant BRAND X, L.L.C., by and through their

19 attorneys of record, hereby stipulate as follows:

20      1.    Plaintiff LEVI STRAUSS & CO.'s Complaint for Trademark Infringement, Trade

21 Dress Infringement, Unfair Competition, False Advertising and Dilution was served on defendant

22 BRAND X, L.L.C. on July 9, 2010.  Based on that service date, a response to the Complaint would

23 otherwise be due on July 30, 2010.

24      2.    Due to the Defendant's need to retain litigation counsel for this matter, and the desire

25 of the parties to consider an early resolution of the case before incurring unnecessary attorney's fees

26 and costs, it is hereby stipulated that defendant BRAND X, L.L.C. may have an extension of fourteen

27

28

(14) days to respond to the Complaint, which would make an answer or other pleading in response to the Complaint due on August 13, 2010.

DATED: July 28, 2010   Respectfully submitted,

BRAND X, L.L.C.

By: */s/ Daniel J. Bellizio*
    DANIEL J. BELLIZIO
    *Attorneys for Defendant*
    BRAND X, L.L.C.

DATED: July 28, 2010   TOWNSEND AND TOWNSEND AND CREW LLP

By: */s/ Ryan Bricker*
    RYAN BRICKER
    *Attorneys for Plaintiff*
    LEVI STRAUSS & CO.

**ORDER**

Based upon the Stipulation of the parties hereto, it is hereby ordered that the date for defendant BRAND X, L.L.C. to file a response to the Complaint of LEVI STRAUSS & CO. in this matter is extended to August 13, 2010.

Dated:   7/30/2010

GRANTED
Judge Laurel Beeler

JUDGE, _____ District Court