TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
RYAN BRICKER (Bar # 269100)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  gsgilchrist@townsend.com, glcincone@townsend.com, rbricker@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>                Plaintiff,<br><br>        v.<br><br>BRAND X, L.L.C.,<br><br>                Defendant. | Case No. CV 10-02658 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)

☒ Mediation (ADR L.R. 6)

**Private Process:**

☐ Private ADR *(please identify process and provider)*

The parties agree to hold the ADR Session by:

☒ The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ Other requested deadline

DATED: December 8, 2010   Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Gia Cincone
Gia Cincone
Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: December 8, 2010   K&L GATES LLP

By: /s/ Rachel R. Davidson
Rachel R. Davidson
Attorneys for Defendant
BRAND X, L.L.C.

IT IS SO ORDERED.

DATED: 12/16, 2010

Hon Jeremy Fogel
United States District Judge

62911393 v1