KILPATRICK TOWNSEND & STOCKTON LLP    **E-Filed 1/6/2011**
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
RYAN BRICKER (Bar # 269100)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com, rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>        Plaintiff,<br><br>    v.<br><br>BRAND X, L.L.C.,<br><br>        Defendant. | Case No. CV 10-02658 JF<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:  January 14, 2011<br>CMC Time:  10:30 a.m. |

   Plaintiff LEVI STRAUSS & CO. and Defendant BRAND X, L.L.C., by and through their attorneys of record, hereby submit this stipulated request to continue the Case Management Conference currently set for January 14, 2011, for six weeks, until February 25, 2011, in order to allow the parties to complete mediation, pursuant to the Court's December 17, 2010 order referring the case to mediation and setting a March 17, 2011 deadline for completion of the mediation, and the Court's December 27, 2010 order appointing H. Jay Folberg as the mediator.

   The parties have continued to discuss the prospects for settlement since this action was filed, and believe they may be able to reach an amicable resolution.  Accordingly, the parties believe it would be efficient for both them and the Court to continue the Case Management Conference to allow for further settlement discussions as well as completion of the court-ordered mediation, if necessary..

1

2  DATED: January 6, 2011      Respectfully submitted,

3                              KILPATRICK TOWNSEND & STOCKTON LLP

4
                               By:  /s/ Gia Cincone
5                                   Gia Cincone
                                    Attorneys for Plaintiff
6                                   LEVI STRAUSS & CO.

7

8  DATED: January 6, 2011      K&L GATES LLP
9

10                             By:  /s/ Rachel R. Davidson
                                    Rachel R. Davidson
11                                  Attorneys for Defendant
                                    BRAND X, L.L.C.
12

13
   IT IS SO ORDERED.
14

15  DATED: __January 6__, 2010      _____
                                    Hon Jeremy Fogel
16                                  United States District Judge

17
   63083432 v1
18

19

20

21

22

23

24

25

26

27

28