| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KILPATRICK TOWNSEND & STOCKTON LLP<br>GREGORY S. GILCHRIST (Bar # 111536)<br>GIA L. CINCONE (Bar # 141668)<br>Two Embarcadero Center, 8th Floor<br>San Francisco, California  94111<br>Telephone:  (415) 576-0200<br>Facsimile:  (415) 576-0300<br>Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com<br><br>Attorneys for Plaintiff<br>LEVI STRAUSS & CO. |

**E-Filed 2/24/2011**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>          Plaintiff,<br><br>     v.<br><br>BRAND X, L.L.C.,<br><br>          Defendant. | Case No. CV 10-02658 JF<br>ORDER APPROVING<br><br>**NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**CMC DATE:  February 25, 2011**<br>**CMC TIME:   10:30 a.m.** |

   Plaintiff Levi Strauss & Co. and Defendant Brand X, LLC hereby give notice that, as the mediator informed the Court on February 4, 2011, the parties have agreed on the terms of a settlement. The parties expect to file a proposed stipulated consent judgment shortly.

   In light of the settlement, the parties jointly request that the Case Management Conference currently scheduled for February 25, 2011, be continued pending filing of the proposed judgment.

The Case Management Conference is continued to April 22, 2011, at 10:30 a.m.

DATED:  February 24, 2011          Respectfully submitted,

                                   KILPATRICK TOWNSEND & STOCKTON LLP

                                   By:  /s/ Gia Cincone
                                        Gia Cincone
                                        Attorneys for Plaintiff
                                        LEVI STRAUSS & CO.

1 | DATED: February 24, 2011          K&L GATES LLP

2 |                                    By:  /s/ Rachel R. Davidson
3 |                                         Rachel R. Davidson
                                            Attorneys for Defendant
4 |                                         BRAND X, L.L.C.

5

6

7 | IT IS SO ORDERED.

8

9 | DATED:  2/24/2011

10 |                                        Hon. Jeremy Fogel
                                            United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28